UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY HAMMONDS,

        Petitioner,

Case No. 1:20-cv-592

Hon. Ray Kent

v.

DEWAYNE BURTON,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: September 28, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge