UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY HAMMONDS,

        Petitioner,

Case No. 1:20-cv-592

Hon. Ray Kent

v.

DEWAYNE BURTON,

        Respondent.

_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal clam.

Dated:  September 28, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge